IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL ANNE COLANGELO and DONALD COLANGELO | : : : | CIVIL ACTION |
| v. | : : | NO. 25-50 |
| TROOPER IAN HUTCHINSON | : : | |

AND NOW, this 5th day of March 2025, upon consideration of Defendant's Motion to Dismiss, Brief in Support, and Plaintiffs' Opposition it is ORDERED and DECREED that the Motion to Dismiss is GRANTED. It is FURTHER ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE to the extent it challenges the validity of any of the identified traffic stops or the citation issued as a result of those stops. Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE to the extent it challenges Defendant's conduct during the traffic stop.

_____
GAIL A. WEILHEIMER     J